# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
V.
DR. JAMES CHAPMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 4:11-CR-22-05-HLM

| PRESIDING JUDGE<br>HON. HAROLD L. MURPHY | PLAINTIFF'S ATTORNEY<br>C. SCHANSMAN/L. BOATRIGHT | DEFENDANT'S ATTORNEY<br>FRANKLIN J. HOGUE |
|---|---|---|
| TRIAL DATE (S)<br>09/14/15 | COURT REPORTER<br>ALICIA BAGLEY | COURTROOM DEPUTY<br>SAMUEL M. JOHNSTON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/15/2015 | | | JAMES BARRY HENDERSON |
| 2 | | 9/15/2015 | | | PHILLIP HOWELL |
| 3 | | 9/15/2015 | | | SAMANTHA SCOTT |
| 4 | | 9/15/2015 | | | KENNETH EUGENE HOWARD |
| 5 | | 9/16/2015 | | | JAMES STEPHEN WILLS |
| 6 | | 9/16/2015 | | | DENNIS TROUGHTON |
| 7 | | 9/16/2015 | | | RITCHIE CARROZA |
| 8 | | 9/16/2015 | | | DR. ELLIS IFEANYI EFOBI |
| 9 | | 9/17/2015 | | | JOSHUA WARD |
| 10 | | 9/17/2015 | | | KYLE WRIGHT |
| 11 | | 9/17/2015 | | | TRAVIS HENRY |
| 12 | | 9/17/2015 | | | KEVIN ELLIS |
| 13 | | 9/17/2015 | | | TARA ATKINS |
| 14 | | 9/18/2015 | | | BENJAMIN ASHCRAFT |
| 15 | | 9/18/2015 | | | SHELIA SHROPSIRE |
| 16 | | 9/21/2015 | | | THEODOR PARRAN, MD. |
| 17 | | 9/22/2015 | | | JESSE VIOLANTE |
| 18 | | 9/22/2015 | | | MITCHELL CARROLL |
| 19 | | 9/22/2015 | | | BENJAMIN STANLEY |
| 20 | | 9/22/2015 | | | SCOTT HARRIS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT

NORTHERN   DISTRICT OF   GEORGIA

UNITED STATES OF AMERICA
V.
DR. JAMES CHAPMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 4:11-CR-22-05-HLM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HON. HAROLD L. MURPHY | C. SCHANSMAN/L. BOATRIGHT | FRANKLIN J. HOGUE |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 09/14/15 | ALICIA BAGLEY | SAMUEL M. JOHNSTON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/23/2015 | | | Dr. James Chapman |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages